IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                             :    Criminal Action No. 06- 21

JASON QUARLES,
a/k/a JASON PETERS,

        Defendant.

### MOTION AND ORDER TO SEAL

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court to seal the Indictment, Motion and Order for Arrest Warrant, this Motion and Order to Seal, and related file.

                                        COLM F. CONNOLLY
                                        United States Attorney

BY: _____
        Beth Moskow-Schnoll
        Assistant United States Attorney

Dated: February 28, 2006

IT IS SO ORDERED this _____ day of _____, 2006.

                                        _____
                                        HONORABLE MARY PAT THYNGE
                                        United States Magistrate Judge