IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | |
| v. | : | Criminal Action No. 06-21 |
| JASON QUARLES, a/k/a JASON PETERS, | : : : | REDACTED |
| Defendant. | : | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about March 3, 2003, in the State and District of Delaware, Jason Quarles, defendant herein, did knowingly utter, i.e. pass, a counterfeited security of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

### COUNT TWO

On or about March 20, 2003, in the State and District of Delaware, Jason Quarles, defendant herein, did knowingly utter, i.e. pass, a counterfeited security of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

### COUNT THREE

On or about April 29, 2003, in the State and District of Delaware, Jason Quarles, defendant herein, did knowingly utter, i.e. pass, a counterfeited security of an organization with

FILED
FEB 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

## COUNT FOUR

On or about May 13, 2003, in the State and District of Delaware, Jason Quarles, defendant herein, did knowingly utter, i.e. pass, a counterfeited security of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

## COUNT FIVE

On or about May 27, 2003, in the State and District of Delaware, Jason Quarles, defendant herein, did knowingly utter, i.e. pass, a counterfeited security of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

## COUNT SIX

On or about July 7, 2003, in the State and District of Delaware, Jason Quarles, defendant herein, did knowingly utter, i.e. pass, two counterfeited securities of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

## COUNT SEVEN

On or about July 10, 2003, in the State and District of Delaware, Jason Quarles, defendant herein, did knowingly utter, i.e. pass, two counterfeited securities of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

## COUNT EIGHT

On or about August 11, 2003, in the State and District of Delaware, Jason Quarles, defendant herein, did knowingly utter, i.e. pass, a counterfeited security of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

## COUNT NINE

On or about September 2, 2003, in the State and District of Delaware, Jason Quarles, defendant herein, did knowingly utter, i.e. pass, a counterfeited security of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

## COUNT TEN

On or about September 9, 2003, in the State and District of Delaware, Jason Quarles, defendant herein, did knowingly utter, i.e. pass, two counterfeited securities of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

## COUNT ELEVEN

On or about September 13, 2003, in the State and District of Delaware, Jason Quarles, defendant herein, did knowingly utter, i.e. pass, two counterfeited securities of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

## COUNT TWELVE

On or about September 24, 2003, in the State and District of Delaware, Jason Quarles, defendant herein, did knowingly utter, i.e. pass, two counterfeited securities of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

## COUNT THIRTEEN

On or about September 27, 2003, in the State and District of Delaware, Jason Quarles, defendant herein, did knowingly utter, i.e. pass, two counterfeited securities of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

## COUNT FOURTEEN

On or about September 29, 2003, in the State and District of Delaware, Jason Quarles, defendant herein, did knowingly utter, i.e. pass, a counterfeited security of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

## COUNT FIFTEEN

On or about October 3, 2003, in the State and District of Delaware, Jason Quarles, defendant herein, did knowingly utter, i.e. pass, a counterfeited security of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

## COUNT SIXTEEN

On or about October 8, 2003, in the State and District of Delaware, Jason Quarles, defendant herein, did knowingly utter, i.e. pass, a counterfeited security of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

## COUNT SEVENTEEN

On or about October 13, 2003, in the State and District of Delaware, Jason Quarles, defendant herein, did knowingly utter, i.e. pass, a counterfeited security of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

## COUNT EIGHTEEN

On or about October 16, 2003, in the State and District of Delaware, Jason Quarles, defendant herein, did knowingly utter, i.e. pass, a counterfeited security of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

## COUNT NINETEEN

On or about October 29, 2003, in the State and District of Delaware, Jason Quarles, defendant herein, did knowingly utter, i.e. pass, two counterfeited securities of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

On or about October 31, 2003, in the State and District of Delaware, Jason Quarles, defendant herein, did knowingly utter, i.e. pass, a counterfeited security of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

### COUNT TWENTY-ONE

On or about November 15, 2003, in the State and District of Delaware, Jason Quarles, defendant herein, did knowingly utter, i.e. pass, a counterfeited security of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

### COUNT TWENTY-TWO

On or about December 3, 2003, in the State and District of Delaware, Jason Quarles, defendant herein, did knowingly utter, i.e. pass, two counterfeited securities of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

### COUNT TWENTY-THREE

On or about December 6, 2003, in the State and District of Delaware, Jason Quarles, defendant herein, did knowingly utter, i.e. pass, two counterfeited securities of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

## COUNT TWENTY-FOUR

On or about December 10, 2003, in the State and District of Delaware, Jason Quarles, defendant herein, did knowingly utter, i.e. pass, two counterfeited securities of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

## COUNT TWENTY-FIVE

On or about January 22, 2004, in the State and District of Delaware, Jason Quarles, defendant herein, did knowingly utter, i.e. pass, a counterfeited security of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

## COUNT TWENTY-SIX

On or about January 31, 2004, in the State and District of Delaware, Jason Quarles, defendant herein, did knowingly utter, i.e. pass, a counterfeited security of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

## COUNT TWENTY-SEVEN

On or about February 11, 2004, in the State and District of Delaware, Jason Quarles, defendant herein, did knowingly utter, i.e. pass, a counterfeited security of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

## COUNT TWENTY-EIGHT

On or about February 13, 2004, in the State and District of Delaware, Jason Quarles, defendant herein, did knowingly utter, i.e. pass, a counterfeited security of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

## COUNT TWENTY-NINE

On or about February 16, 2004, in the State and District of Delaware, Jason Quarles, defendant herein, did knowingly utter, i.e. pass, two counterfeited securities of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

## COUNT THIRTY

On or about March 24, 2004, in the State and District of Delaware, Jason Quarles, defendant herein, did knowingly utter, i.e. pass, a counterfeited security of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).

## COUNT THIRTY-ONE

On or about April 19, 2004, in the State and District of Delaware, Jason Quarles, defendant herein, did knowingly utter, i.e. pass, a counterfeited security of an organization with the intent to deceive another organization, all in violation of Title 18, United States Code, Section 513(a).