## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

        Plaintiff,

    v.               :    Criminal Action No. 06- 2 1

JASON QUARLES,
a/k/a JASON PETERS,

        Defendant.

### MOTION AND ORDER FOR ARREST WARRANT

    The United States of America, by and through its attorneys, Colm F. Connolly,

United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United

States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance

of an arrest warrant for the arrest and apprehension of Jason Quarles, a/k/a Jason Peters,

pursuant to an Indictment returned against him by the Federal Grand Jury on February 28, 2006.


                        COLM F. CONNOLLY
                        United States Attorney

             BY:   *Beth M. Schnoll*

                        Beth Moskow-Schnoll
                        Assistant United States Attorney

Dated:  February 28, 2006


    **AND NOW**, this ___28___ day of ___February___, 2006, based upon the

foregoing Motion,

**IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of Jason Quarles, a/k/a Jason Peters.

HONORABLE MARY PAT THYNGE
United States Magistrate Judge