*FILED IN OPEN COURT*
*3/6/06 KJK*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                     ) | |
|            Plaintiff,               ) | |
|    v.                               ) | Criminal Action No. 06-21 |
|                                     ) | |
| JASON QUARLES,                      ) | |
| a/k/a KASON PETERS,                 ) | |
|                                     ) | |
|            Defendants.              ) | |

## MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ferris W. Wharton, Assistant United States Attorney for the District of Delaware, hereby moves that the Indictment, Motion and Order for Arrest Warrant, Motion and Order to Seal, and related file in the above-captioned case be unsealed as the defendant Jason Quarles, a/k/a Jason Peters has been arrested.

FILED
MAR 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

By: _____
Ferris W. Wharton
Assistant United States Attorney

Dated: March 6, 2006

AND NOW, this __6__ day of __March__, 2006, upon the foregoing Motion, it is

**ORDERED** that the Indictment, Motion and Order for Arrest Warrant, Motion and Order to Seal, and related file in the above-captioned case are hereby unsealed.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge