FILED IN OPEN COURT 3/6/06 KJK

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) CASE NO. CR06-21-UNA |
| JASON QUARLES | ) |
| Defendant. | ) |

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on MARCH 6, 2006 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until May 31, 2006. The time between the date of this order and May 31, 2006 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED MAR 6 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE