AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ DELAWARE _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>JASON QUARLES<br>a/k/a Jason Peters<br><br>To: The United States Marshal<br>and any Authorized United States Officer | **WARRANT FOR ARREST**<br><br>Case Number: CR 06-21-UNA<br><br>SEALED (crossed out) UNSEALED 3/6/06 KJK |

YOU ARE HEREBY COMMANDED to arrest _____ JASON QUARLES, a/k/a Jason Peters _____
                                                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

x  Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

UTTERING COUNTERFEIT SECURITIES
( Counts One thru Forty Two )

in violation of Title _____ 18 _____ United States Code, Section(s) __ 513(a) __

| | |
|---|---|
| PETER T. DALLEO<br>Name of Issuing Officer | BY: _[signature]_ ; Deputy Clerk<br>Signature of Issuing Officer |
| CLERK OF COURT<br>Title of Issuing Officer | WILMINGTON, DE   on February 28, 2006<br>Date and Location |

FILED
MAR 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED<br>3/6/06<br>DATE OF ARREST<br>3/6/06 | NAME AND TITLE OF ARRESTING OFFICER<br>SA _[illegible]_ Mike Armstrong | SIGNATURE OF ARRESTING OFFICER<br>_[signature]_ |
|---|---|---|

AO 442   (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____