IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
UNITED STATES OF AMERICA,        )
                                 )
         Plaintiff,              )
                                 )
     v.                          )  Crim. No. 06-021-SLR
                                 )
JASON QUARLES,                   )
                                 )
         Defendant.             )
```

#### O R D E R

At Wilmington this 6th day of June, 2006;

IT IS ORDERED that a telephone conference is scheduled

for **Tuesday, June 13, 2006** at **9:30 a.m.**, with the court

initiating said call.

United States District Judge