UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-21-SLR |
| ) | |
| JASON QUARLES, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Having considered Defendant's Motion to Waive the Application of the Speedy Trial Act,

**IT IS HEREBY ORDERED** this 14th day of June, 2006, that Defendant's Motion is **GRANTED** and the time period from June 13, 2006 to August 11, 2006 is hereby excluded from the Speedy Trial Act calculations.

                                                                                  _____
                                                                                  Chief Judge Sue L. Robinson
                                                                                  United States District Court

cc:   AUSA Beth Moskow-Schnoll
        AFPD Christopher Koyste