IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 06-021-SLR |
| ) | |
| JASON QUARLES, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

At Wilmington this 15th day of August, 2006, having conferred with counsel;

IT IS ORDERED that a telephone conference is scheduled for **Thursday, September 14, 2006** at **10:00 a.m.**, with the court initiating said call.

_____
United States District Judge