IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-21-SLR |
| JASON QUARLES, a/k/a JASON PETERS, | : |
| Defendant. | : |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT ONE

From on or about February 7, 2003, through on or about May 24, 2004, in the State and District of Delaware and elsewhere, Jason Quarles, defendant herein, using his own name, did knowingly utter, i.e. pass, counterfeited securities of organizations with the intent to deceive other organizations, all in violation of Title 18, United States Code, Section 513(a).

### COUNT TWO

From on or about June 3, 2004, through on or about August 10, 2005, in the State and District of Delaware and elsewhere, Jason Quarles, defendant herein, using the name "Ford Hughes", did knowingly utter, i.e. pass, counterfeited securities of organizations with the intent to deceive other organizations, all in violation of Title 18, United States Code, Section 513(a).

### COUNT THREE

From on or about December 18, 2004, through on or about May 25, 2005, in the State and District of Delaware and elsewhere, Jason Quarles, defendant herein, using the name "Jason

Peters", did knowingly utter, i.e. pass, counterfeited securities of organizations with the intent to deceive other organizations, all in violation of Title 18, United States Code, Section 513(a).

                        COLM F. CONNOLLY
                        United States Attorney

                BY: /s/ Beth Moskow-Schnoll
                        Beth Moskow-Schnoll
                        Assistant United States Attorney

Dated: 9/14/06