UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-21-SLR |
| JASON QUARLES, | : | |
| Defendant. | : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Christopher S. Koyste, Esquire as attorney of record and enter the appearance of Cathy A. Jenkins, Esquire as attorney on behalf of Defendant, Jason Quarles, in the above-captioned matter.

/s/ Cathy A. Jenkins
CATHY A. JENKINS, ESQUIRE
Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801
302-573-6010
ecf_de@msn.com

DATED:  June 8, 2007