IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-21-SLR |
| | : | |
| JASON QUARLES, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Having considered Defendant's Unopposed Motion For Continuance Of Sentencing Hearing

**IT IS HEREBY ORDERED** this __12th__ day of __June__, 2007, that Defendant Quarles' Sentencing Hearing shall be on the __22d__ day of __August__, 2007, at __4:30__ a.m./p.m.

_____
Honorable Sue L. Robinson
United States District Court