IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-21-SLR |
| JASON QUARLES, | : | |
| Defendant. | : | |

### ORDER

Having considered Defendant's Unopposed Motion for Continuance Of Sentencing Hearing;

**IT IS HEREBY ORDERED** ___21st___ day of August, 2007, that the sentencing hearing of Mr. Quarles is continued until ___September 25___, 2007 at __5:30__ a.m. (p.m.)

_____
**HONORABLE SUE L. ROBINSON**
United States District Court Judge