Filed in open court 9/25/07
—RD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 06-21-SLR |
| ) | |
| JASON QUARLES, ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss the Indictment as it relates to the defendant, pursuant to the Memorandum of Plea Agreement dated September 14, 2006.

COLM F. CONNOLLY
United States Attorney

By: /s/ Beth M. Schnoll
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: September 25, 2007

**IT IS SO ORDERED** this 25th day of September, 2007.

_____
HONORABLE SUE L. ROBINSON
United States District Court