IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-21-SLR |
| JASON QUARLES, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Jason Quarles, Defendant, by and through his undersigned attorney, Edson A. Bostic, Federal Public Defender for the District of Delaware, hereby appeals to the United States Court of Appeals for the Third Circuit, from the Judgment entered by the Honorable Sue L. Robinson on September 28, 2007, in the United States District Court for the District of Delaware.

          /s/
EDSON A. BOSTIC
Federal Public Defender
District of Delaware
704 King Street, Suite 110
Wilmington, DE 19801
(302) 573-6010
Email: ecf_de@msn.com
Attorney for Defendant Jason Quarles

Dated: October 5, 2007