RECEIVED JAN 22 2008 SUE L. ROBINSON U.S. DISTRICT JUDGE

January 9, 2008

TO: JUDGE SUE L. ROBINSON

FROM: JASON QUARLES

RE: CASE NUMBER 1:06-CR-21-001-SLR

DEAR JUDGE ROBINSON,

I AM WRITING TO YOU TO ASK IF I CAN SERVE THE REMAINDER OF MY SENTENCE ON HOME DETENTION. THE REASON THAT I ASK IS THAT MY FATHER IS IN THE EARLY STAGES OF ALZHEIMERS DISEASE. I HAVE DISCOVERED THAT HE HAS NOT PAID ANY OF THE UTILITY BILLS OR MORTGAGE FOR THE LAST SEVEN MONTHS.

I ASKED HIM ABOUT THE SITUATION AND HE HAD NO RECOLLECTION. JUDGE ROBINSON I BEG YOU FOR HOME DETENTION. I FEAR THAT AS TIME PASSES, WITHOUT THE PROPER MEDICAL CARE, MY FATHER'S CONDITION WILL WORSEN.

IF GRANTED HOME DETENTION, I COULD ARRANGE MEDICAL CARE FOR MY DAD AND STRAIGHTEN HIS FINANCIAL AFFAIRS IN ORDER.

IN CONCLUSION, JUDGE ROBINSON, I HOPE THAT YOU WILL GRANT MY REQUEST.

Sincerely Yours,

Jason Quarles

Inmate Name: QUARLES
Register Number: 05060-015

Federal Prison Camp
P.O. Box 2000
Lewisburg, PA 17837

HARRISBURG PA 171
17 JAN 2008 PM 3 T

U.S.M. X-RAY

JUDGE SUE L ROBINSON
844 N KING ST
WILMINGTON DE 19801

19801£3£19